## 51174. TOLAR CONSTRUCTION COMPANY v. ELLINGTON et al.

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case (*Tolar Construction Co. v. Ellington,* 137 Ga. App. 847 (225 SE2d 66)) having been reversed by the Supreme Court (237 Ga. 235) our decision is herewith vacated and the judgment of the Fulton Superior Court is affirmed.

*Judgment affirmed. Quillian and Webb, JJ., concur.*

DECIDED SEPTEMBER 29, 1976.

*Neely, Freeman & Hawkins, Richard P. Schultz,* for appellant.
*Thomas Henry Nickerson, John D. Lowery,* for appellee.